IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AQUA CONDOMINIUM
ASSOCIATION, INC.,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                              CASE NO. 1D16-0954

AQUA CONDOMINIUM
DEVELOPERS, LTD., an Alabama
Limited Partnership, and AQUA
HOLDINGS OF ALABAMA,
L.L.C., an Alabama Limited
Liability Company,

Appellees.

_____/

Opinion filed November 15, 2016.

An appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

David H. Milam and Robert L. Kauffman of Dunlap & Shipman, P.A., Santa Rosa
Beach, for Appellant.

Clifford W. Sanborn of Barron & Redding, P.A., Panama City, for Appellees.


PER CURIAM.

        AFFIRMED.

LEWIS and ROWE, JJ., and WELLS, LINDA ANN, ASSOCIATE JUDGE,
CONCUR.